**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  03-cr-00142-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  DONALD GERALD MACK,

        Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Government's Motion, pursuant to Fed.R.Crim.P. 6(e)(3)(E)(I), to Permit Disclosure and Use of Grand Jury Material in Support of its Motion for Sentencing Reduction Pursuant to U.S.S.G. §5K1.1.

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that grand jury testimony and other grand jury matters may be disclosed and used by the parties in the instant case in connection with the Government's Motion for Sentencing Reduction

Pursuant to U.S.S.G. §5K1.1 and in connection with sentencing in this case.

DATED this   29th   day of November, 2006.

BY THE COURT:

　　s/Lewis T. Babcock
Lewis T. Babcock
Chief United States District Judge